**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-2008**

———————————

KATHERINE L. RUSSELL,

Plaintiff - Appellant,

versus

VBR, a joint venture of Vinnell Corporation
and Brown & Root Services Corporation,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CA-96-1431-A)

———————————

Submitted:  December 11, 1997       Decided:  December 23, 1997

———————————

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Katherine L. Russell, Appellant Pro Se.  Douglas Bennett Mishkin, J. Keith Burt, Lisa Anne Lavelle, MCKENNA & CUNEO, Washington, D.C., for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendant's motion for summary judgment on her complaint alleging age discrimination, defamation, and retaliation. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Russell v. VBR, No. CA-96-1431-A (E.D. Va. June 30, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED